AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert Reich on behalf of himself and all others in similarly situated

V.

MoundsVista, Inc. d/b/a The Mermaid, Daniel Hall, LLC, Kelly Hall, LLC, Charles Hall, individually, ATM Network, Inc. and Rhino Resources, L.L.C.

**JUDGMENT IN A CIVIL CASE**

Case Number: 11-CV-3245 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. All claims asserted against Defendants MoundsVista, Inc. d/b/a The Mermaid, Daniel Hall, LLC and Kelly Hall, LLC in the above-entitled action are hereby dismissed with prejudice and without costs, disbursements or attorney's fees to any party.

2. All claims asserted against Defendants Charles Hall, ATM Network, Inc. and Rhino Resources, LLC in the above-titled action are hereby dismissed without prejudice and without costs, disbursements or attorney's fees to any party.

|  |  |
|---|---|
| October 11, 2012 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/L. Brennan |
|  | (By)   L. Brennan,   Deputy Clerk |